TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00508-CV

Larry G. Gary Trucking, Inc., Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT

NO. 00-621, HONORABLE GARY L. STEEL, JUDGE PRESIDING 

PER CURIAM

 

 Because appellant has failed to file a brief, we will dismiss the appeal for want of
prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the record in this cause on August 7, 2000. 
Accordingly, appellant's brief was due on September 6, 2000. 

 By letter dated October 3, 2000, the Clerk of this Court notified the parties that the
appeal was subject to dismissal for want of prosecution unless appellant filed a brief by October
18, 2000, or tendered a motion for extension of time reasonably explaining the failure to do so. 
Thus far, appellant has submitted neither a brief nor a motion for extension of time to file a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: January 25, 2001 

Do Not Publish